**IN THE UNITED STATES DISTRICT COURT**
**For The**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JASON L. TEMPLE,<br><br>　　　　　Defendant. | Case No. 1:16-po-00263-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Possession of a weapon in violation of 36 CFR 2.4(b)(i) |
| **Sentence Date:** | September 15, 2016 |
| **Review Hearing Date:** | September 7, 2017 |
| **Probation Expires On:** | September 15, 2017 |

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒　**Obey all federal, state and local laws**; and

☒　**Monetary Fines & Penalties in Total Amount of:** $500 ($465 fines; $10 special assessment; $25 processing fee)

### *COMPLIANCE:*

☒　Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☐　Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☐　To date, Defendant has paid a total of
　　☐ If not paid in full when was last time payment:　Date:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Amount:

☐　Compliance with Other Conditions of Probation:

## GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

*//s// Darin Rock*
Darin Rock
Special Assistant United States Attorney

## DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 9/7/2017 at 10:00 a.m.

  ☐ be continued to _____ at 10:00 a.m.; or

  ☒ be vacated.

DATED: 8/22/2017

*/s/ Andrew Wong*
DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated: **August 22, 2017**

UNITED STATES MAGISTRATE JUDGE